**Elsie Pick, Appellee, v. Irving Pick, Appellant.**

**Gen. No. 47,223.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First District, Third Division.

January 15, 1958.

Released for publication February 10, 1958.

Andros, Goldstick & Minn (Howard W. Minn, of counsel) for appellant; Gomberg & Missner (Sidney D. Missner, of counsel) for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**